1

2

3

4
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6
RENE GARRISON,

7
                         Plaintiff(s),

8
        v.                                          NO. C07-539MJP

9
IKON OFFICE SOLUTIONS INC.,                          MINUTE ORDER

10
                         Defendant(s).

11

12

13
        The following minute order is made by the direction of the court, the Honorable Marsha J.

14
Pechman:

15
        The Court has received and reviewed the parties' Stipulation and Order Extending Discovery

16
Cut-Off and Dispositive Motion Filing Dates (Dkt. No. 13).  The Court will not sign the requested

17
order: a May 30 dispositive motions deadline, followed by the 30-day ruling period permitted the

18
Court by the local rules, would result in potential rulings on dispositive motions issued three weeks

19
before the July 21, 2008 trial date.

20

21
        Filed this 18th day of March, 2008.

22
                                                BRUCE RIFKIN, Clerk

23

24
                                        By      /s Mary Duett
                                                Deputy Clerk

25

26
MINUTE ORDER